The People of the State of New York, Respondent, v. Ignatz Yesowitz, Alias, etc., Appellant.— Judgment of conviction by the County Court of Queens county reversed, indictment dismissed, and defendant discharged, on the ground

that there is not sufficient evidence to connect the defendant with the commission of the crime of arson in the second degree, as charged in the indictment. Rich, Kelly, Manning, Kelby and Young, JJ., concur.